FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>       v.<br>ROBERT EUGENE DIXON<br><br>              Defendant. | Case No.: CR 06-00260-MMM<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

1

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- CRIMINAL HISTORY
- HISTORY OF PAROLE/PROBATION VIOLATIONS
- UNDERLYING ALLEGATIONS
- INSUFFICIENT BAIL RESOURCES

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/11/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2